# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 18, 2018

### NO. 03-17-00388-CV

**Trent Lindig, Appellant**

**v.**

**Pleasant Hill Rocky Community Club, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on March 3, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the portions of the trial court's judgment dismissing Lindig's adverse possession and taking claims; we affirm the trial court's judgment in all other respects. We remand the case to the trial court for further proceedings consistent with this Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.